IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THOMAS GUTHRIE                                                                                          PLAINTIFF

v.                                           3:20-cv-00214-JM-JJV

STATE OF ARKANSAS, *et al*.;                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After conducting a *de novo* review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his conditions of confinement claim against Defendant Sheriff Mark Counts and Jail Administrator Serena Martin.

2. Defendants the State of Arkansas and the Arkansas Supreme Court are DISMISSED with prejudice.

3. Defendants Huff, Erwin, Grider, Boyce, Cooper, Glen, and Metzin are DISMISSED without prejudice.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 19th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE