IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS GUTHRIE | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | No. 3:20-cv-00214-JJV |
| | * | |
| STATE OF ARKANSAS, *et al.* | * | |
| | * | |
| Defendants. | * | |

**MEMORANDUM AND ORDER**

Thomas Guthrie ("Plaintiff") is a pretrial detainee at the Sharp County Detention Center. He has filed a *pro se* Amended Complaint, pursuant to 42 U.S.C. § 1983, alleging Defendant Mark Counts violated his constitutional rights by subjecting him to unconditional conditions of confinement. (Doc. 6.) All other claims and Defendants in the Amended Complaint were dismissed, some with prejudice and some without prejudice, during screening mandated by 28 U.S.C. § 1915A. (Doc. 12.)

Plaintiff has recently filed a Motion for Discontinuance seeking permission to voluntarily dismiss the remainder of this case without prejudice. (Doc. 40.) Defendant has informed the Court by email that he does not object. I find Plaintiff presented a proper explanation as to why he wishes to dismiss, dismissal would not waste judicial time and effort, and dismissal will not prejudice the Defendants. *See Blaes v. Johnson & Johnson*, 858 F.3d 508, 512 (8th Cir. 2017).

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's Motion for Discontinuance (Doc. 40) is GRANTED, Plaintiff's claim against Defendant Counts is DISMISSED without prejudice, and this case is CLOSED.

  2. Defendant Count's Motion for Summary Judgment (Doc. 37) is DISMISSED as moot.

  3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

  DATED this 14th day of June 2021.

               _____
               JOE J. VOLPE
               UNITED STATES MAGISTRATE JUDGE