IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS GUTHRIE | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | No. 3:20-cv-00214-JJV |
| | * | |
| STATE OF ARKANSAS, *et al.* | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the dismissal Orders (Docs. 12, 41) entered previously and today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith

SO ORDERED this 14th day of June 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE